UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BAILEY,<br><br>　　　　Plaintiff<br><br>v.<br><br>JULIE WILLIAMS, et al.,<br><br>　　　　Defendants | Case No.: 2:24-cv-01922-APG-NJK<br><br>**Order Denying Application<br>To Proceed In Forma Pauperis**<br><br>ECF No. 1 |

**I.　DISCUSSION**

On June 25, 2025, I issued an order screening plaintiff Anthony Bailey's complaint under 28 U.S.C. § 1915A. ECF No. 3.  I deferred a decision on Bailey's application to proceed in forma pauperis and stayed the case so that the parties could participate in the Court's Inmate Early Mediation Program.[1] *Id.*  The parties participated in a mediation conference, but they did not reach a settlement. ECF No. 12.  Accordingly, I will now assess Bailey's application to proceed in forma pauperis. ECF No. 1.

The financial certificate that Bailey filed in this case, is on an older form, which refers to a $402 filing fee. *Id.* at 4.  The current filing fee is $405, which includes a $350 filing fee and the $55 administrative fee.[2]  The older form that Bailey filed in this case, as well as the current form, requires a plaintiff to acknowledge that if his current account balance exceeds the filing fee, he will not qualify to proceed in forma pauperis.  *See id.* ("[I]f my current account balance (line #1

---

[1] I found that Bailey met the imminent danger exception to overcome the three strikes bar under 28 U.S.C. § 1915(g). ECF No. 3 at 2.  However, I deferred a decision on whether Bailey's financial circumstances met the threshold to proceed in forma pauperis. *Id.* at 2 n.1.

[2] The filing fee was increased to $405 on December 1, 2023.

below) is $402.00 or more, I will not qualify for in forma pauperis status and I must pay the full filing fee of $350.00 before I will be allowed to proceed with the action.") The only difference between the older form and the current form is that the current form refers to a $405 filing fee. The financial certificate that Bailey filed with his application to proceed in forma pauperis lists his current account balance as $1,300.09, which is well above the current filing fee of $405. *Id.* Therefore, I deny Bailey's application to proceed in forma pauperis without prejudice.

Bailey must pay the full $405 filing fee for a civil action by October 10, 2025. Alternatively, if Bailey believes that his financial situation has changed, he may file an updated application to proceed in forma pauperis within 30 days. If Bailey does not pay the full $405 filing fee, or file an updated application to proceed in forma pauperis that shows that he qualifies to proceed in forma pauperis, by October 10, 2025, this case will be subject to dismissal without prejudice.

I note that although the screening order deferred a decision on Bailey's application to proceed in forma pauperis, the order stated that based on the information provided, Bailey would not qualify to proceed in forma pauperis and would need to pay the filing fee or file an updated application to proceed in forma pauperis. ECF No. 3 at 2 n.1. Thus, Bailey has already had over two months to pay the filing fee or file an updated application to proceed *in forma pauperis*.

## II.   CONCLUSION

I THEREFORE ORDER that Bailey's application to proceed in forma pauperis (ECF No 1) is denied without prejudice.

I FURTHER ORDER that by October 10, 2025, Bailey will either pay the full $405 filing fee for a civil action or file a complete application to proceed in forma pauperis, showing that he qualifies to proceed in forma pauperis.

I FURTHER ORDER that if Bailey fails to timely comply with this order, this case will be subject to dismissal without prejudice.

Dated: September 8, 2025

_____
Chief United States District Judge