**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY BAILEY, et al., | Case No. 2:24-cv-01922-APG-NJK |
|     Plaintiffs, | **REPORT AND RECOMMENDATION** |
| v. | |
| JULIE WILLIAMS, et al., | |
|     Defendants. | |

On March 12, 2026, the Court issued an order granting Plaintiff Maurice Talley's application to proceed *in forma pauperis* and ordering Talley to pay an initial installment fee in the amount of $37.23 no later than April 13, 2026. Docket No. 37. The Court explained that "[f]ailure to do so may result in dismissal of Plaintiff from this action. Furthermore, even if Plaintiff is dismissed from this action, the full filing fee must still be paid pursuant to 28 U.S.C. § 1915(b)(2)." *Id.* at 1. Despite that warning, Plaintiff failed to comply. *See* Docket.

Plaintiff's refusal to comply with the Court's order is an abusive litigation practice that has interfered with the Court's ability to hear this case, delayed litigation, disrupted the Court's timely management of its docket, wasted judicial resources, and threatened the integrity of the Court's orders and the orderly administration of justice. Sanctions less drastic than dismissal are unavailable because Plaintiff has refused to comply with the order of this Court notwithstanding the warning that case-dispositive sanctions may be imposed.

Accordingly, the undersigned **RECOMMENDS** that Plaintiff Maurice Talley be **DISMISSED** without prejudice.

Dated: May 1, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1

**<u>NOTICE</u>**

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).