**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANTHONY BAILEY, et al.,

    Plaintiffs,

v.

JULIE WILLIAMS, et al.,

    Defendants.

Case No. 2:24-cv-01922-APG-NJK

**Order**

[Docket No. 41]

Pending before the Court is Defendants' motion for extension of time to file motion for summary judgment. Docket No. 41. The Court does not require a response or a hearing. *See* Local Rule 78-1.

Defendants seek a 60-day extension of the dispositive motions deadline because the Court granted Plaintiff Salazar's motion for an extension of time to comply with the Court's order to pay the initial installment fee and issued a report and recommendation that Plaintiff Talley be dismissed without prejudice—which remains pending. Docket No. 41 at 2; *see also* Docket Nos. 39, 40.

For good cause shown, the Court **GRANTS** Defendants' motion and **RESETS** the deadline to file dispositive motions to July 20, 2026. Docket No. 41.

IT IS SO ORDERED

Dated: May 18, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1