**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY BAILEY, et al., | Case No.: 2:24-cv-01922-APG-NJK |
| Plaintiffs | **Order Accepting Report and Recommendation and Dismissing Plaintiff Maurice Talley** |
| v. | |
| JULIE WILLIAMS, et al., | [ECF No. 40] |
| Defendants | |

On May 1, 2026, Magistrate Judge Koppe recommended that I dismiss plaintiff Maurice Talley's complaint without prejudice because he did not comply with a prior order that directed him to pay an initial installment fee after she granted his application to proceed in forma pauperis. ECF No. 40.  Talley did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation (ECF No. 40) is accepted, and plaintiff Maurice Talley's claims in this case are dismissed without prejudice.

DATED this 19th day of May, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE