**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY BAILEY, et al.,<br><br>    Plaintiffs<br><br>v.<br><br>JULIE WILLIAMS, et al.,<br><br>    Defendants | Case No.: 2:24-cv-01922-APG-NJK<br><br>**Order Granting Motion to Extend Time<br>and Reinstating Plaintiff Talley** |

I previously accepted Magistrate Judge Koppe's recommendation to dismiss plaintiff Maurice Talley's claims in this case because he had not paid the initial filing fee and he did not object to Judge Koppe's recommendation. ECF No. 43.  Talley paid the initial filing fee and moved to extend time to allow him to do so. ECF Nos. 45; 46.

I THEREFORE ORDER that plaintiff Maurice Talley's motion to extend time (ECF No. 45) is GRANTED.  The clerk of court is instructed to reinstate Maurice Talley as a plaintiff in this case.

DATED this 8th day of June, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE