**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Anthony Bailey,

Plaintiff(s),

v.

Julie Williams, et al.,

Defendant(s).

Case No. 2:24-cv-01922-APG-NJK

**Order**

[Docket No. 66]

Pending before the Court is Defendants' motion to extend the deadline for dispositive motions, which is the third request. Docket No. 66. Although the showing of good cause is thin, the Court will allow a final extension of this deadline. To be clear, the mere fact that other motions may be pending or that there may be discovery disputes percolating will not suffice for any further extension of this deadline. With that caveat, the motion to extend is **GRANTED** and the deadline for filing dispositive motions is **EXTENDED** to November 17, 2026.

IT IS SO ORDERED.

Dated: September 15, 2026

Nancy J. Koppe
United States Magistrate Judge